FILED
MAR 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Address to the Honorable Judges Henderson, Karlton, and Reinhardt

CV 08 1646 CW

Blakesley, #C71831, Petitioner } Petition for Writ of Habeas Corpus (PR)

Now comes Petitioner, Mark Blakesley, seeking relief from conditions of confinement, resulting from a trial by jury, wherein the prosecuting attorney knowingly used false and contrived evidence to secure a conviction.

1) The State of California, specifically Prosecutor Dougharty, in Sacramento, California, in the year 1982, did swear and attest a warrant for murder against petitioner: and

2) The warrant was based on the statements of two co-conspirators, Teddy Lee Crawford, and Brocklyn Tawyea: and

3) The co-conspirators lived at the same address, before—during, and after the murder: and

(1)

3) Teddy Lee Crawford, and Brocklyn Tawyea, were placed together, in an interrogation room, at the Sacramento County Sheriff's Office, Homicide Division, on October 15, 1982; and

4) Teddy Lee Crawford, and Brocklyn Tawyea, were instructed by Prosecutor Dougharty, to [construct] a "...good story..." about the murder of Michael Stephen Rayfield; and

4) Brocklyn Tawyea was offered absolute immunity from prosecution, by Prosecutor Dougharty, for information securing a conviction; and

5) Prosecutor Dougharty wanted the "name of the big, blonde guy..."; and

6) Brocklyn Tawyea named the petitioner herein; and

7) Petitioner was afforded counsel, tried, and convicted, and sentenced to 25 years to life; and

8) Petitioner herein did "die" of heart failure, resulting from Valley Fever in Combination with Pneumonia; and

9) Petitioner was revived by medical staff, transported to a clinic, seen by a doctor and 3 nurses, and returned

(2)

the same day, to a prison cell: and

10) Since that time, petitioner has been told by ranking, and non-ranking Corrections Gaurds, that Teddy Lee Crawford confessed to the murder of Michael Stephen Rayfield, in a Court proceeding held in Sacramento, California, in the month of November, 1985: and

11) Petitioner was not allowed to attend that Court proceeding: and

12) Teddy Lee Crawford fell ill from a heart condition, in 1989, at San Quentin State Prison, in Tumal, California: and

13) During his illness, Teddy Lee Crawford made a deathbed confession to the murder of Michael Stephen Rayfield: and

14) The 1985 Courtroom confession, and the 1989 Deathbed confession of Teddy Lee Crawford do exhonorate petitioner Blakesley of all of the elements of the crime for which petitioner has now served 25 (Twenty Five) long years: and

15) The Courtroom confession, and the Deathbed confession of Teddy Lee

(3)

Crawford, were deemed "Confidential", and sealed in a "Confidential File" attached to petitioners "Central File"; and

16) Petitioner herein has seen the cover sheet to that "Confidential File", which says — in bold, ½" block Lettering — "Confidential Information, See Attached, Crawford C72076, Discharged"; and

17) Petitioner has never seen, heard, or posessed any statement made by Teddy Lee Crawford, or Brocklyn Tawyea; and

18) Petitioner received a letter, in 1983, from trial counsel Richard K. Corbin, [outlining] a letter of confession [Attorney Corbin] had received from Teddy Lee Crawford; and

19) Petitioner Blakesley, CDC #C71831, am ill, having suffered from a long-term fight from "Valley Fever", and "Pneumonia", and "Heart Failure"; and

20) Petitioner seeks relief in this Court, because the State of California has hidden the evidence this petitioner needed, in order to seek relief in any other

(4)

Court, local, State, or Federal, for some 23 years. Petitioner has absolutely no faith in the State of California, to reveal the transcripts of Courtroom proceedings, or of the Deathbed Statements of Teddy Lee Crawford: and

21) Petitioner Blakesley, CDC#C-71831, has been deprived of adiquate healthcare, mental care, and dental care, for 25 years. Petitioner has questionable health: and

22) This honorable Court has intimate knowledge of how (for respect of a different term)[resistent] the State of California can be, to admitting an error: and

23) This Court can effectively grant Habeas Corpus relief, in this particular case: and

24) Petitioner seeks relief in this Court, to protect First Ammendmant right to property issue i.e) Courtroom Statements/Transcripts of Court proceedings, wherein this petitioner was barred from the Court, and not allowed to confront his accuser, and not supplied a transcript of the alleged November 1985 proceeding,

(5)

and

25) Petitioner herein has, within the past 6 months, ascertained that the alleged documents actually do exist, and are contained in a file that has been kept secretly, by the State of California: and

26) As proof of these allegations, I have two pages I obtained from a packet of papers attached to my Central File: and

26) The Board of Parole Hearings waited 14 months (Fourteen), to give ~~me~~ this petitioner a copy of the transcript of petitioners January 2006 Parole Consideration Hearing: and

27) Petitioner believes, after reviewing the transcript of the 2006 Parole Consideration Hearing, that Patrick Sparks, Attorney at Law, has seen the alleged transcripts and statements of Mr. Crawford (C 72076), and is a witness to the existence of these documents.

## Prayer for Relief

Petitioner prays this honorable Court will grant an Evidentiary Hearing,

(6)

wherein petitioner will be allowed to question witnesses, and receive all documents and transcripts of any statements made by iether Teddy Lee Crawford or Brocklyn Tawyea (petitioners accusers), pre-trial statements of Teddy Lee Crawford and Brocklyn Tawyea (for the purposes of comparison, and in light of the [new] evidence to be revealed).

This honorable Court has the total authority to grant the relief prayed for, under (Taylor v. Maddox, 366. F. 3d 992, 1001 (9th Cir. 2004)

A petitioner on habeas is entitled to an Evidentiary Hearing, where petitioner established a "colorable" claim for relief and where a petitioner has never been accorded a State or Federal Hearing on his claim(s) (Earp v. Oronski, 431 F.3d 1158, 1176 (9th Cir. 2005), citing Townsend v. Sain, 372 U.S. 1, 5 (1992))

In stating a "colorable" claim, a petitioner is merely required to allege specific facts which, if true, would entitle him to relief.

Petitioner has no access to any law library, at present, and prays

(7)

this honorable Court will appoint adiquate counsel to represent this petitioner for the purposes of the Evidentiary Hearing proceedures: The issue is not complex, but the un-ravelling of 25 years of bad conduct of agents and Courts of the State of California, is (I expect) presumably more complex than this petitioner could understand.

Too; the State stripped me of all of my legal materials, and attempted to kill petitioner, in 1985; A Federal Court Monitor saved petitioners life: petitioner respectfully prays this Court will order, that the State of California, and its agency Department of Corrections, refrain from molesting, moving, transferring, or otherwise make any attempt to harm this petitioner, pending these proceedings, and the outcome of an Evidentiary Hearing.

Signed under penalty of perjury at: Pleasant Valley State Prison, on: 9 March 2008;

Respectfully Submitted

*M. D. Blakesley*

Mark Daniel Blakesley
CDCR #C71831

(8)

# CONFIDENTIAL

# SEE C-FILE

Exibit "A"

(9)

# SEE CRIME PARTNER INFORMATION IN THE CONFIDENTIAL SECTION OF THE C-FILE

Exibit A-1

(10)

STATE OF CALIFORNIA                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
                                                                                      CDC-128B (REV 4/74)

**NAME and NUMBER**           **BLAKESLEY, MARKE**                          **C-71831**

**RECEIPT OF INMATE COPY OF BPH DECISION.**

BPH Decision for Board of Parole Hearings Lifer Parole Consideration Hearing

This is to acknowledge that I have received a copy of the Board of Parole Hearings Typed Decision that was held on **JANUARY 4, 2006**.

_____  3-9-07        _____ C-71831
CCI Signature            Date           Inmate Signature              CDC#

**BPH DOCUMENT RECEIPT**            3/9/07            **GENERAL CHRONO**

Exibit "B"   (11)

INMATE: BLAKESLEY, C-71831, BFB3-238L
NOTICE OF ATTORNEY / LEGAL VISIT

**INMATE COPY**

## Pleasant Valley State Prison

STATE OF CALIFORNIA
CDC 1081 (6/87)

DEPARTMENT OF CORRECTIONS

| VISIT SCHEDULED [X] | VISIT CANCELED [ ] | TODAY'S DATE: 12/29/2005 |
|---|---|---|
| DATE OF VISIT: JANUARY 03, 2006 | TIME: 0900 HOURS | |

NAME OF VISITING ATTORNEY / ATTORNEY REPRESENTATIVE
**SPARKS, PATRICK (ATTORNEY)**

INMATE'S NAME: **BLAKESLEY**

INMATES NO: **C-71831**

ADDRESS OF ATTORNEY / ATTORNEY REPRESENTATIVE

NUMBER AND STREET: ON FILE

WORK ASSIGNMENT

CITY, STATE, ZIP CODE

HOUSING ASSIGNMENT
[X] REGULAR LEGAL VISIT
[ ] DEPOSITION
[ ] CENTRAL FILE REVIEW
[ ] OTHER (Specify)

NAME OF STAFF WHO RECEIVED CALL: **B. LINDQUIST, OT (T)**

DATE CALL RECEIVED     TIME

DISTRIBUTION:
 ORIGINAL: Entrance of Visitor Processing Center
 Copy: Inmate
 Copy: Watch Lt./Ducat Clerk
 Copy: Attorney Visiting File
 Copy: Ad/Seg Sergeant (if inmate is housed in Ad/Seg)
 Copy: Program Sergeant

Exibit "C"

(12)

In The Federal Court
Of the Norther District of California

Petition For Writ
Of Habeas Corpus

## Contents

Petition . . . . . . . . . . . . . . . . . . pgs. 1-6

Prayer for Relief . . . . . . . . . . . . . . . . pg 6-8

Exibit "A" . . . . . . . . . . . . . . . . . . pg. 9

Exibit "A1" . . . . . . . . . . . . . . . . . . pg. 10

Exibit "B" . . . . . . . . . . . . . . . . . . pg. 11

Exibit "C" . . . . . . . . . . . . . . . . . . pg 12

? Points and Authorities:
Earp v. Oronski, 431 F.3d 1158, 1167 (9th Cir. 2005)

? Townsend v. Sain, 372 U.S. 1, 5 (1992)

? Taylor v. Maddox, 366 F.3d 992, 1001 (9th Cir. 2004)

SASE Included

(i)

