Clerk of the Court
Northern District



3 May 2008

re: Case CV 08 1646 CW (PR)

Dear Clerk of the Court,

On April 3, '08, I received from you an application to file in Forma Pauperis; on that date, I completed pages one through four, and submitted the document to the Institutional Trust Accounts Office, after attaching a Self Addressed Stamped Envelope.

On April 30, '08, the application to file in Forma Pauperis, was returned to me, by Inner Institutional Mail, un-signed, without a six month statement, and without the ~~an~~ envelope I provided.

On April 10, '08, Institutional Staff conducting cell searches, took from me my only copy of the petition I filed in your Court. It was my only copy, because PVSP was on lockdown, I do not type, and I do not own a typewriter. I need you to provide me with a copy of my petition. Please notify me of cost of copying.

(1)

In good faith, I am attaching a copy of my Institutional Trust Account Statement, with the application to file in Forma Pauperis.

April '08 was financially un-usual, for me. I normally see $600.00 over the course of a year. My cellie was ill, and his mother sent me money, so I could buy supplies to care for him.

I have requested a six month statement, from Inst. Trust Accounts Office. I will forward that statement to you, as soon as I receive it.

Signed under penalty of perjury

Respectfully
M. D. Blakesley
Mark Blakesley

3 Attachments:

#1: Cell Search Slip
#2: Application to file in Forma Pauperis
#3: April Trust Statement

**PLEASANT VALLEY STATE PRISON**
**PROPERTY RECEIPT**

This is a receipt issued to advise that the following items were removed from your cell/person. During an inspection/search

DATE: 4-10-08

NAME: Blakeley Thomas    NUMBER: C-31    CELL: 205
                                          C-05

Excess Blankets & Sheets
Cambodia

DISPOSITION: Return to Laundry
OFFICER: D. Trivia    INMATE: _____
ATTACHED TO ITEM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BLAKESLEY Plaintiff,

vs.

California Defendant.

CV 08 1646

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

CW

(PR)

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _I was self employed prior to prison,_
5  _25 years ago._
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or              Yes ___ No _X_
10         self employment

11     b.   Income from stocks, bonds,           Yes ___ No _X_
12         or royalties?

13     c.   Rent payments?                       Yes ___ No _X_

14     d.   Pensions, annuities, or              Yes ___ No _X_
15         life insurance payments?

16     e.   Federal or State welfare payments,   Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____N/A_____
22 _____

23 3.     Are you married?                           Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ N/A _____

_____

5.  Do you own or are you buying a home?        Yes ____  No _X_

Estimated Market Value: $_____N/A_____   Amount of Mortgage: $_____

6.  Do you own an automobile?                   Yes ____  No _X_

Make _____ Year ___N/A___ Model _____

Is it financed? Yes ____ No ____  If so, Total due: $ _____

Monthly Payment: $ __N/A__

7.  Do you have a bank account?  Yes ____  No _X_  (Do not include account numbers.)

Name(s) and address(es) of bank: _____N/A_____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____  No _X_  Amount: $ _____N/A_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____  No _X_

_____

8.  What are your monthly expenses?

Rent: $ _____ N/A  Utilities: _____

Food: $ _____     Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ __N/A__ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

_____N/A_____

_____N/A_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

**Please** list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____N/A_____

_____N/A_____

     I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

     I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

April 3, 2008                                 /s/ [signature]

    DATE                                     SIGNATURE OF APPLICANT

Case Number: **CV08-1646 CW**

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **BLAKESLEY** for the last six months
[prisoner name]
at **PVSP** where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____ .

Dated: _____    _____
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                              REPORT DATE: 04/07/08
                         CALIFORNIA DEPARTMENT OF CORRECTIONS                PAGE NO:      1
                              PLEASANT VALLEY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: MAR. 01, 2008 THRU APR. 07, 2008

ACCOUNT NUMBER : C71831                      BED/CELL NUMBER: BFB3T2000000238L
ACCOUNT NAME   : BLAKESLEY, MARKE            ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                          TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE DESCRIPTION      COMMENT         CHECK NUM   DEPOSITS  WITHDRAWALS  BALANCE
----   ---- -----------      -------         ---------   --------  -----------  -------
03/01/2008   BEGINNING BALANCE                                                    45.00
03/03*W702 IWF HANDICRAF 3644 NASCO                                     2.80      42.20
03/03 D340 EFT DEPOSIT   3630 JPAY                          50.00                 92.20
03/03*D300 CASH DEPOSIT  3641 MR                           300.00                392.20
03/03 W300 HANDICRAFT PU 3644 NASCO  202055675                         40.03     352.17
03/05 FC02 DRAW-FAC 2    3736 FAC B                                   180.00     172.17
03/05 W415 CASH WITHDRAW 3740 CW     202055716                         30.00     142.17
04/07 FC02 DRAW-FAC 2    4275 FAC B                                   100.00      42.17

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL       CURRENT    HOLDS      TRANSACTIONS
BALANCE        DEPOSITS      WITHDRAWALS BALANCE    BALANCE    TO BE POSTED
---------      --------      ----------- -------    -------    ------------
   45.00        350.00         352.83     42.17      0.00          0.00

                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                     ---------
                                                        42.17
```

Pleasant Valley State Prison
M. Blakesley C-71831
B033-238
P.O. B85O2
Calinga, Ca. 93210

LEGAL Mail
Confidential

Clerk of the Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, Ca.
94612-5212