Office of the Clerk of the U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, Ca. 94612-5212

7 May 2008

re: Case CV 08 1646 CW

Dear Clerk,

Please take notice that on or about 29 April 2008, my brother sent to me a birthday gift of $300.00, in the form of a money order. This was received on 6 May 2008, and is currently on my account.

Four days ago, on 3 May '08, I mailed your office my application to proceed in Forma Pauperis.

If the Court requires my funds, for any reason, please notify me of any responsabilities I need to meet, with regard to my petition to the Court.

Thank you.

Respectfully
Mark Blakesley   C-71831
B3-238
P.O. Box 8502
Coalinga, Ca. 93210

Pleasant Valley State Prison
M. Blakesley C-71831
B-238
P.O. Box 8502
Coalinga, Ca. 93210

LEGAL MAIL
CONFIDENTIAL

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

OFFICE OF THE CLERK, U.S. Dist. Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, Ca.
94612-5212